**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 16-1697**

—————————

TRUMP TIGHT, LLC, d/b/a Trump Restaurant, and Lounge,

        Plaintiff - Appellant,

    v.

RAYMOND R. BELL; VINCENT B. GIVENS,

        Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:15-cv-00175-JAG)

—————————

Submitted: April 13, 2017                    Decided: May 4, 2017

—————————

Before MOTZ, AGEE, and DIAZ, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Andrew T. Bodoh, THOMAS H. ROBERTS & ASSOCIATES PC, Richmond, Virginia, for Appellant. Carlene Booth Johnson, PERRY LAW FIRM, Dillwyn, Virginia; William F. Etherington, Leslie A. Winneberger, BEALE, DAVIDSON, ETHERINGTON & MORRIS, P.C., Richmond, Virginia, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trump Tight, LLC, appeals the district court's order and judgment granting Defendants' motion to dismiss based on qualified immunity. We have reviewed the parties' briefs and the record on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Trump Tight, LLC v. Bell*, No. 3:15-cv-00175-JAG (E.D. Va. May 18, 2016). We deny as moot Appellees' motion for leave to file supplemental material. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*